UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : <u>INDICTMENT</u> |
| - v. - | : 21 Cr. 543 |
| GEORGE LEGUEN, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - x

**COUNT ONE**

The Grand Jury charges:

1. From at least in or about 2015 up to on or about May 13, 2021, in the Southern District of New York and elsewhere, GEORGE LEGUEN, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that GEORGE LEGUEN, the defendant, would and did possess with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance that GEORGE LEGUEN, the defendant, conspired to distribute and possess with intent to distribute was 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATIONS**

4.  As a result of committing the offense alleged in Counts One of this Information, GEORGE LEGUEN, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

**Substitute Assets Provision**

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;
   b.  has been transferred or sold to, or deposited with, a third party;
   c.  has been placed beyond the jurisdiction of the Court;
   d.  has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

        (Title 21, United States Code, Section 853; and
          Title 28, United States Code, Section 2461.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**GEORGE LEGUEN,**

**Defendant.**

**INDICTMENT**

21 Cr. \_\_\_

(21 U.S.C. § 846)

AUDREY STRAUSS
United States Attorney

*/signature/*
Foreperson