UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

    United States of America,

                                                NOTICE OF RE-SCHEDULING
                                                     OF CONFERENCE

    -against-

                                                       7:21-CR-00543 (CS)

    George Leguen,
                        Defendant(s).
-----------------------------------------------------------X

The Status Conference previously scheduled before this Court for **October 21, 2021 at 10:00 a.m.** is rescheduled to **October 20, 2021 at 4:15 p.m.** at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                        /s/ Walter Clark, Courtroom Deputy

Dated:  October 12, 2021
          White Plains, New York