

U.S. Department of Justice

*United States Attorney
Southern District of New York*

---

*United States District Courthouse
300 Quarropas Street
White Plains, New York 10601*

October 19, 2021

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> The time between now and 11/22/21 is hereby excluded under the Speedy Trial Act in the interests of justice.  The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the parties to engage in discussions regarding a possible disposition without trial.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
> 10/19/21

Re:   *United States v. George Leguen*, 21 Cr. 543 (CS)

Dear Judge Seibel:

A status conference is scheduled in the above-captioned case on N ECF No. 18. On September 17, 2021, the Court excluded time pursuant to the Speedy Trial Act through October 21, 2021. *See* Dkt. Entry dated September 17, 2021.  The Government respectfully requests that the Court exclude time under the Speedy Trial Act through November 22, 2021, pursuant to 18 U.S.C. § 3161(h) because, in light of the upcoming status conference, the interests of justice outweigh the public's and the defendant's interest in a speedy trial.  Specifically, the parties are engaged in discussions regarding a possible resolution of this matter, and the requested exclusion will allow them to continue their discussions and to prepare for the November 22, 2021, conference.  Defense counsel consents to this request. A proposed Order is attached.

I thank the Court for its consideration of this submission.

> Respectfully submitted,
> DAMIAN WILLIAMS
> United States Attorney
>
> by:  */s/ Steven J. Kochevar*
>      Steven J. Kochevar
>      Assistant United States Attorney
>      (914) 993-1928
>      steven.kochevar@usdoj.gov

cc:    Patrick Brackley (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA                   :
                                           :   [PROPOSED] ORDER
        - v -                              :
                                           :   21 Cr. 543 (CS)
GEORGE LEGUEN,                             :
                                           :
                         Defendant.        :
- - - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Steven Kochevar, of counsel, and with the consent of defendant, by and through his counsel, it is hereby ORDERED that the time between the date of this Order and November 22, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue their discussions regarding a possible resolution of this matter and to prepare for further proceedings.

Dated:  White Plains, New York
        _____, 2021

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE